**FILED**

**JUN 12 2017**

Clerk, U S Courts
District Of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH TRIO STEALTH GI 7 TABLET COMPUTER, FCC ID: PWK-PC762BXC, LOT# INSP092016010001831 CURRENTLY LOCATED AT HSI GREAT FALLS | MJ 17-41-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this /2 day of June 2017.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge